**Motion Granted; Dismissed and Memorandum Opinion filed November 14, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00418-CV

---

### WARD ARNOLD, Appellant

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, Appellee

---

**On Appeal from the County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. CV-0069239**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a final judgment signed April 26, 2013. On November 5, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.